FLORENCE PISANO, PETITIONER-PETITIONER, v. SCHNEI-
DER PAINTING & DECORATING CO., RESPONDENT-
RESPONDENT.

*Mr. Seymour B. Jacobs* for the petitioner.

*Messrs. O'Brien, Brett & O'Brien* for the respondent.

March 28, 1960.   Denied.

ROB ROY DOUGLAS, PLAINTIFF-PETITIONER, v. WILLIAM
M. McCARTNEY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Frank G. Masini* and *Mr. Leslie S. Kohn* for the
petitioner.

*Messrs. Hein, Smith & Mooney, Mr. Charles C. Shenier*
and *Mr. Bruce H. Losche* for the respondents.

March 28, 1960.   Denied.